FILED

02/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0112



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0112

CHANTEL MARIE COTTRELL,

    Petitioner,

v.

RAY VAUGHN, CAPTAIN,
BUTTE-SILVER BOW DETENTION CENTER

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED: February 26, 2024.

                                          BOWEN GREENWOOD
                                          Clerk of the Supreme Court